UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

LISA M. CHAPMAN and )
MITCHELL DEWAYNE CHAPMAN )
)
       Plaintiffs, )
) No. 1:04-CV-237
v. )
) Judge Curtis L. Collier
AMSOUTH BANK )
)
       Defendant. )

# ORDER

For the reasons stated in the accompanying memorandum, the Court **GRANTS IN PART** and **DENIES IN PART** AmSouth's ("Defendant") motion for summary judgment (Court File No. 17). Defendant's motion is **GRANTED** with regard to Plaintiff Mitchell Chapman's claim for loss of consortium and Plaintiff Lisa Chapman's claim for intentional infliction of emotional distress and those claims are hereby **DISMISSED**. The motion is **DENIED** with respect to Plaintiff Lisa Chapman's claims for hostile work environment and retaliation.

**SO ORDERED.**

**ENTER:**

                                                       **/s/**
                                           **CURTIS L. COLLIER**
                                       **UNITED STATES DISTRICT JUDGE**