UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| LISA M. CHAPMAN and <br> MITCHELL DEWAYNE CHAPMAN <br><br> Plaintiffs, <br><br> v. <br><br> AMSOUTH BANK <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 1:04-CV-237 <br> ) <br> ) Judge Curtis L. Collier <br> ) <br> ) <br> ) |

## ORDER

For the reasons stated in the accompanying memorandum, the Court **GRANTS IN PART** and **DENIES IN PART** AmSouth Bank's ("Defendant") Motion in Limine and Motion to Bifurcate the Trial (Court File No. 35). The Court hereby **GRANTS** Defendant's motion to exclude evidence of Defendant's financial condition and/or net worth and **DENIES** Defendant's motion to bifurcate the trial.

**SO ORDERED.**

**ENTER:**

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　**CURTIS L. COLLIER**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**