UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| LISA M. CHAPMAN and<br>MITCHELL DEWAYNE CHAPMAN<br><br>        Plaintiffs,<br><br>v.<br><br>AMSOUTH BANK<br><br>        Defendant. | No. 1:04-CV-237<br><br>Judge Curtis L. Collier |

## ORDER

In accordance with the accompanying memorandum, the Court **ORDERS** hereby as follows:

(1) Defendant AmSouth Bank's ("Defendant") objections to Plaintiff Lisa M. Chapman's ("Plaintiff") witness list are **OVERRULED**, but the Court will allow Defendant to question, interview or depose any contested witness before and during trial;

(2) Defendant's objections to Exhibit List Numbers 12, 14, 17, 18, 20, 21, 48 are **SUSTAINED**;

(3) Defendant's objections to Exhibit List Numbers 16, 22, 23, 27 are **OVERRULED**;

(4) The Court **RESERVES RULING** on Defendant's objections to Exhibit List Numbers 15, 19, 29, 30-42, 47; and

(5) Defendant's objection to Plaintiff's use of deposition testimony at trial is **OVERRULED**.

**SO ORDERED.**

**ENTER:**

                                                    **/s/**
                                   **CURTIS L. COLLIER**
                       **UNITED STATES DISTRICT JUDGE**