UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| LISA M. CHAPMAN and, <br> MITCHELL DEWAYNE CHAPMAN <br> <br> Plaintiffs, <br> <br> v. <br> <br> AMSOUTH BANK, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 1:04-CV-237 <br> ) <br> ) Judge Curtis L. Collier <br> ) <br> ) <br> ) |

## MEMORANDUM & ORDER

Before the Court is a Motion to Reconsider Order on Defendant's Motion in Limine Concerning Non-Credit Losses by Non-Platform Employees (Court File No. 75), filed by Plaintiff Lisa M. Chapman ("Plaintiff"), asking the Court to reconsider its Order (Court File No. 73) granting in part Defendant AmSouth Bank's ("Defendant") motion in limine with respect to non-credit losses of non-platform employees (Court File No. 39). Defendant filed a response (Court File No. 90). Plaintiff has not offered any new evidence to the Court and has not cited any law to support her arguments. The Court has already considered this issue on two previous occasions (*See* Court File No 66, pp.19-20; Court File No. 72, pp. 6-7). The Court very carefully considered all the issues raised by Plaintiff and after giving Plaintiff all the latitude allowed by the law, determined that this evidence was not relevant to any issues in this case. The Court has not been provided with a basis to conclude its decision was incorrect. Plaintiff's invitation for the Court to consider this anew would lead to an unwise use of the Court's limited resources. The Court declines to do so and hereby **DENIES** Plaintiff's motion to reconsider (Court File No. 75).

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**