AHO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

__EASTERN__ DISTRICT OF __TENNESSEE__

LISA M. CHAPMAN

**JUDGMENT IN A CIVIL CASE**

V.

AMSOUTH BANK

CASE NUMBER: 1:04-CV-237

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

> IT IS ORDERED AND ADJUDGED that the plaintiff, recover of the defendant, the sum of $75,000.00, with interest thereon at the rate as provided by law, and her costs of action.

October 21, 2005
Date

Patricia L. McNutt, Clerk

By _Kelli J. Brown_
Deputy Clerk