UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| LISA M. CHAPMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:04-CV-237 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| AMSOUTH BANK ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying memorandum, the Court **DENIES** Defendant AmSouth Bank's motion for "Judgment as a Matter of Law, and/or Motion for a New Trial and/or Remittitur" (Court File No. 123).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**