UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| LISA M. CHAPMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:04-CV-237 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| AMSOUTH BANK ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Plaintiff Lisa Chapman ("Plaintiff") has informed the Court the parties have resolved all issues in controversy and as a result she withdraws her motion for attorney's fees (Court File No. 130). Since the parties have settled their dispute, the Court **GRANTS** Plaintiff's motion to withdraw (Court File No. 145).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**